UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-07421-SVW-E | Date | January 27, 2023 |
|---|---|---|---|
| Title | Willie Weaver v. California State Prison et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On October 11, 2022, a Notice of Deficiency and a Notice re: Discrepancies in Filing of Prisoner Civil Rights Complaint, which outlined certain defects in the submission of the initial documents.

Plaintiff was granted thirty days, to and including November 10, 2022, to cure the defects.

To date, plaintiff has taken no action in response to deficiency notices sent to him in October 11, 2022.

The Court orders the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |